UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JANET HOYT,

Plaintiff,                                            Case No. 6:22-cv-325

                                                     INJUNCTIVE RELIEF SOUGHT

v.

SKYLINE HOTELS, LLC,

    Defendant.

_____/

**PLAINTIFF'S NOTICE OF SETTLEMENT**

    The parties respectfully notify the Court that the parties have agreed in principle to settle the above-captioned matter. Counsel for the parties are in the process of preparing and finalizing the Settlement Agreement and Stipulated Dismissal ("Agreement"). Accordingly, Plaintiff respectfully requests that the Court vacate all deadlines set and administratively close this case.

    Plaintiff is filing this Notice with Defendant's approval and permission.

April 4th, 2022

                                                                                                   Respectfully Submitted,

| | |
|---|---|
| THE ONYX GROUP | LETT LAW FIRM |
| *Attorney for the Plaintiff* | *Attorney for the Plaintiff* |
| 8325 N.E. 2nd Ave | 6303 Blue Lagoon Drive |
| Suite 315 | Suite 400 |
| Miami, FL 33138 | Miami, Florida 33126 |
| Phone: (786)504-5760 | Phone: (305)-912-5388 |
| Fax: (305)602-5988 | Email: alett@lettlawfirm.com |
| Email: jarias@theonyx.group | /s/ Ariel Lett |
| /s/ Jonathan Arias | Ariel Lett, Esq. |

Jonathan Arias, Esq.  
Florida Bar No. 126137

Florida Bar No. 115513

THE GROSSHANS GROUP  
*Attorney for the Defendant*  
884 S. Dillard Street  
Winter Garden, FL 34787  
Main: 407-900-3261  
Direct: 407-900-1122  
Email: Rishi@ggrouplaw.com  
Rishi S. Bagga, J.D., LL.M

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of April 2022, a true and correct copy of the foregoing has been furnished by electronic filing with the Clerk of the court via CM/ECF, which will send notice of electronic filing to all counsel of record.

THE ONYX GROUP  
*Attorney for the Plaintiff*  
8325 N.E. 2nd Ave  
Suite 315  
Miami, FL 33138  
Phone: (786)504-5760  
Fax: (305)602-5988  
Email: jarias@theonyx.group  
/s/ Jonathan Arias  
Jonathan Arias, Esq.  
Florida Bar No. 126137

LETT LAW FIRM  
*Attorney for the Plaintiff*  
6303 Blue Lagoon Drive  
Suite 400  
Miami, Florida 33126  
Phone: (305)-912-5388  
Email: alett@lettlawfirm.com  
/s/ Ariel Lett  
Ariel Lett, Esq.  
Florida Bar No. 115513